RCC

**FILED**
**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1050**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 07-CV-99999

John Doe
v.
Jason Fortuny

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John Doe

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

| NAME (Type or print) |
| --- |
| Heidi I. Schmid |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Heidi I. Schmid |

| FIRM |
| --- |
| Mudd Law Offices |

| STREET ADDRESS |
| --- |
| 3114 West Irving Park Road, Suite 1W |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60618 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6288579 | 773.588.5410 (phone)  773.588.5440 (fax) |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐