## United States District Court for the Northern District of Illinois

Case Number: 08cv1050   Assigned/Issued By: j. n.

Judge Name: gottschall   Designated Magistrate Judge: keys

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP        [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2551863

Date Payment Rec'd: 2-20-08   Fiscal Clerk: j.n.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

__1__ Original and __0__ copies on _2-20-08_ as to _defendant_
                                   (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05