United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois  60604

MICHAEL W. DOBBINS,  
Clerk

Office of the Clerk

February 21, 2008

Charles Lee Mudd, Jr  
Mudd Law Offices  
3114 West Irving Park Road  
Suite 1W  
Chicago, IL 60618

RE:      John  Doe v.  Jason Fortuny  
USDC No.    08 C 1050 -    Judge Joan B. Gottschall

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received.  Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    Haydee Pawlowski  
Deputy Clerk