UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | EXHIBIT A |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cv-1050 |
| | ) | |
| JASON FORTUNY, | ) | |
| | ) | Judge Joan Gottschall |
| Defendant. | ) | |

**NOTICE OF FILING**

TO: Mr. Jason Fortuny
726 Kirkland Cir. Apt. C203
Kirkland, Washington 98033

**Please take notice** that I have this 21st day of February 2008 filed with the Clerk of the above Court **Exhibit A to the Complaint**, a copy of which is herewith served upon you.

Dated this 21st day of February 2008

s/Heidi I. Schmid
Heidi I. Schmid

Heidi I. Schmid
MUDD LAW OFFICES
3114 West Irving Park Road
Chicago, Illinois 60618
(773) 588-5410
(773) 588-5440 (facsimile)
hschmid@muddlawoffices.com
ARDC: 6288579

**CERTIFICATE OF SERVICE**

      I, Heidi I. Schmid, do hereby certify that service of this NOTICE OF FILING and its accompanying EXHIBIT A TO THE COMPLAINT was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon other parties listed below by sending said documents via postage pre-paid U.S. mail on the 21st day of February 2008:

    Mr. Jason Fortuny
    726 Kirkland Cir. Apt. C203
    Kirkland, Washington 98033

                                                                             s/Heidi I. Schmid
                                                                              Heidi I. Schmid

Heidi I. Schmid
MUDD LAW OFFICES
3114 West Irving Park Road
Chicago, Illinois 60618
(773) 588-5410
(773) 588-5440 (facsimile)
hschmid@muddlawoffices.com
ARDC: 6288579