

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1050 | **DATE** | 2/21/2008 |
| **CASE TITLE** | John Doe v. Jason Fortuny | | |

**DOCKET ENTRY TEXT**

The court orders that Exhibit A of plaintiff John Doe's ("Doe") notice of complaint [8] be stricken from the docket to shield Doe's identity.

■ [ For further details see text below.]

Docketing to mail notices.

## STATEMENT

Courtroom Deputy Initials: RJ/JGN