UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cv-1050 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan Gottschall |
| JASON FORTUNY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   No other Parties have filed an appearance, by counsel or as *pro se*, at this time.

**Please take notice** that I have this 27th day of February 2008 filed with the Clerk of the above Court **Exhibit A to the Complaint**, comprised of the Certificate of Registration for the copyrighted photograph at issue in the Complaint.

Dated this 27th day of February 2008

s/Charles Lee Mudd, Jr.
Charles Lee Mudd, Jr.

Charles Lee Mudd Jr.
MUDD LAW OFFICES
3114 West Irving Park Road
Suite 1W
Chicago, Illinois 60618
(773) 588-5410
(773) 588-5440 (facsimile)
cmudd@muddlawoffices.com
ARDC: 6257957

**CERTIFICATE OF SERVICE**

I, Charles Lee Mudd, Jr., do hereby certify that service of this NOTICE OF FILING and its accompanying EXHIBIT A TO THE COMPLAINT was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon other parties listed below by sending said documents via postage pre-paid U.S. mail on the 27th day of February 2008.

No other Parties have filed an appearance, through counsel or as *pro se*, at this time.

s/Charles Lee Mudd, Jr.
Charles Lee Mudd, Jr.

Charles Lee Mudd Jr.
MUDD LAW OFFICES
3114 West Irving Park Road
Suite 1W
Chicago, Illinois 60618
(773) 588-5410
(773) 588-5440 (facsimile)
cmudd@muddlawoffices.com
ARDC: 6257957