# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

John Doe

          Plaintiff,

v.

                                     Case No.: 1:08–cv–01050

                                     Honorable Joan B. Gottschall

Jason Fortuny

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

        MINUTE entry before Judge Honorable Joan B. Gottschall: Status hearing held on 4/23/2008. Plaintiff's counsel is given leave to file motion for leave to file alternative service with memorandum in support on or before 5/7/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.