**EXHIBIT A**

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| JOHN DOE vs. JASON FORTUNY | Cause No. 08 C 1050<br>Narrative Declaration of Attempted Service of<br>SUMMONS IN A CIVIL CASE AND COMPLAINT |
|---|---|

State Of Washington County of King

The undersigned hereby declares: That (s)he is now, and at all times herein mentioned, a citizen of the United States and resident of the State of Washington, over the age of eighteen, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On or about February 29 2008 ABC Legal Services, Inc. received the above listed document(s) for service on JASON FORTUNY at the address of 726 KIRKLAND CIRCLE APT C203 KIRKLAND WA 98033.

March 2, 2008 at 9:10AM, I, Ken Van Dyke, a qualified process server, attempted to serve the aforementioned documents at the above listed address; per a Caucasian female with a British accent, Mr. Fortuny does not reside at this address; she has lived here since October 2007 and occasionally still receives mail addressed to him.

March 11, 2008 at 9:10AM, I attempted at the address of 320 10TH ST #1 KIRKLAND WA; there was no answer at the door and the apartment appeared to be dark and quiet.

March 12, 2008 at 8:40AM there was no answer at the door.

March 15, 2008 at 10:45AM, I returned to the address and spoke to a Caucasian male, approximately 30-35 years old who stated that he'd lived there for two months and Mr. Fortuny was the previous tenant, but mail still comes to the address for him.

March 25, 2008, the client provided with a picture of Mr. Fortuny; it did not appear to be the same person that I had spoken to at the address on the 15th.

April 3, 2008 a postal trace executed by ABC Legal Services at the address 320 10TH ST #1 KIRKLAND WA indicated that Mr. Fortuny's mail was delivered as addressed at the above noted address.

At this time, ABC Legal Services, Inc. is unable to serve the defendant (s).

The information provided is deemed reliable, however, is not guaranteed to be an exhaustive effort to locate the subject(s). It is a summary of our attempts to locate the subject(s) listed for the purpose of service of legal process. ABC Legal Services, Inc. utilizes information provided by the client, obtained from public and private sources, and confidential informants as approved by the client.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

_____  Dated April 16 2008
Ken Van Dyke 030730

M-miscellaneous          Narrative Declaration of Attempted Service          ABC Legal Services, Inc.
                                                                              Tracking # 5038733

# HP LaserJet 4100 MFP



7735885440
04/22/2008 03:29 PM

## Fax Call Report

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 5426 | 04/22 03:28 PM | Receive | 2063894870 | 00'43 | 2 | OK |

---

04/22/2008  13:14    2063894870                    ABC LEGAL SERVICES                    PAGE  01/02

### UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE<br>vs.<br>JASON FORTUNY | Cause No. 08 C 1050<br>Narrative Declaration of Attempted Service of<br>SUMMONS IN A CIVIL CASE AND COMPLAINT |

State Of Washington County of King

The undersigned hereby declares: That (s)he is now, and at all times herein mentioned, a citizen of the United States and resident of the State of Washington, over the age of eighteen, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On or about February 29 2008 ABC Legal Services, Inc. received the above listed document(s) for service on JASON FORTUNY at the address of 726 KIRKLAND CIRCLE APT C203 KIRKLAND WA 98033.

March 2, 2008 at 9:10AM, I, Ken Van Dyke, a qualified process server, attempted to serve the aforementioned documents at the above listed address; per a Caucasian female with a British accent, Mr. Fortuny does not reside at this address; she has lived here since October 2007 and occasionally still receives mail addressed to him.

March 11, 2008 at 9:10AM, I attempted at the address of 320 10TH ST #1 KIRKLAND WA; there was no answer at the door and the apartment appeared to be dark and quiet.

March 12, 2008 at 8:40AM there was no answer at the door.

March 15, 2008 at 10:45AM, I returned to the address and spoke to a Caucasian male, approximately 30-35 years old who stated that he'd lived there for two months and Mr. Fortuny was the previous tenant, but mail still comes to the address for him.

March 25, 2008, the client provided with a picture of Mr. Fortuny; it did not appear to be the same person that I had spoken to at the address on the 15th.

April 3, 2008 a postal trace executed by ABC Legal Services at the address 320 10TH ST #1 KIRKLAND WA indicated that Mr. Fortuny's mail was delivered as addressed at the above noted address.

At this time, ABC Legal Services, Inc. is unable to serve the defendant (s).

The information provided is deemed reliable, however, is not guaranteed to be an exhaustive effort to locate the subject(s). It is a summary of our attempts to locate the subject(s) listed for the purpose of service of legal process. ABC Legal Services, Inc. utilizes information provided by the client, obtained from public and private sources, and confidential informants as approved by the client.

Page 1 of 2   4/22/2008 12:01 PM