**EXHIBIT 1**

| | |
|---:|:---|
| From: | Kelly Lewis <klewis@domainsbyproxy.com> |
| Subject: | **RFJASON.com** |
| Date: | April 16, 2008 1:10:33 PM CDT |
| To: | cmudd@muddlawoffices.com |
| Return-Path: | <klewis@domainsbyproxy.com> |
| Delivered-To: | cmudd@738414.763001 |
| Received: | (qmail 32721 invoked by uid 78); 16 Apr 2008 18:10:35 -0000 |
| Received: | from unknown (HELO ns-mr35.netsolmail.com) (10.49.16.222) by 0 with SMTP; 16 Apr 2008 18:10:35 -0000 |
| Received: | from smtpoutwbe03.prod.mesa1.secureserver.net (smtpoutwbe03.prod.mesa1.secureserver.net [208.109.78.114]) by ns-mr35.netsolmail.com (8.13.6/8.13.6) with SMTP id m3GIAYl0003088 for <cmudd@muddlawoffices.com>; Wed, 16 Apr 2008 14:10:35 -0400 |
| Received: | (qmail 24299 invoked from network); 16 Apr 2008 18:10:33 -0000 |
| Received: | from unknown (HELO gem-wbe06.prod.mesa1.secureserver.net) (64.202.189.38) by smtpoutwbe03.prod.mesa1.secureserver.net with SMTP; 16 Apr 2008 18:10:33 -0000 |
| Received: | (qmail 30065 invoked by uid 99); 16 Apr 2008 18:10:33 -0000 |
| Message-Id: | <20080416111033.8fbf5ba6b90801c5f8a04191efcfba47.5631a692b6.wbe@email.secureserver.net> |
| Mime-Version: | 1.0 |
| Content-Type: | TEXT/html; CHARSET=US-ASCII |
| User-Agent: | Web-Based Email 4.12.31 |
| X-Originating-Ip: | 172.16.44.196 |

Dear Mr. Mudd.

I am the Assistant General Counsel for Domains By Proxy, Inc.  Your letter dated April 10, 2008, (received April 14, 2008) has been forwarded to me for a response.  Pursuant to your request, we have sent a copy of the complaint and attached documents to to our customer via e-mail, to the e-mail address that we have on file.

Also, because of the pending litigation, Domains By Proxy has terminated it's privacy services with respect to the [RFJason.com](RFJason.com) domain name.  Accordingly, the contact information provided by our customer is now publicly available on the WHOIS directory.  That directory reflects that the domain name registrant is RFJason, 726 Kirkland Circle, Apt C203, Kirkland, WA 98033.  The WHOIS database reflects that the registrant's telephone number is 425-576-5417, and the e-mail address is [rfjason@hotmail.com](mailto:rfjason@hotmail.com).  Because the contact information is provided by the registrant, however, we cannot warrant its accuracy.

Please note that Domains By Proxy does not host or have any other involvement with its customers' websites or the content of those websites.  The WHOIS directory reflects that the hosting provider is [Dreamhost.com](Dreamhost.com).  Content issues with the website should be directed to that company.

Sincerely,

Kelly W. Lewis
Assistant General Counsel
The Go Daddy Group, Inc.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona  85260
Tel.  480-624-2552
Fax.  480- 247-4132