**EXHIBIT 2**

# Getting away with everything you can only dream of.

---

## Welcome to rfjason.livejournal.com

**Jan. 1st, 2010 | 03:27 pm**

This is my day-to-day life. For the official stuff, visit RFJason.com

**Link | | Add to Memories | Tell a Friend**

---

## Trial of the Century: Update

**Apr. 18th, 2008 | 03:16 pm**
**music: Stravinsky - The Firebird**

First off, a big thanks to everyone who donated yesterday. I appreciate your fealty. We're really close to the initial fund raising goal after just a day. Two or three more donations should put us right where we need to be.

A lot of people have been asking about the case, so here are the important facts. **Please refrain from offering legal advice or legal opinions.** I appreciate your effort. But, really, let's leave it to my lawyer.

- This is a "John Doe" suit, meaning I don't get to know the actual identity of my accuser.

- The complaint is for copyright violation, public disclosure of private facts, intrusion upon seclusion and injunctive relief.

- Plaintiff argues that his e-mail communication was private and that his photo is copyrighted. (A copyright certificate awarded one month after the e-mail is listed as an exhibit.)

- Plaintiff seeks removal of his e-mail and photo from my website, and an injunction preventing me from having or using these materials.

- Trial by jury and $75,000 judgment.

I'll be commenting more on this next week as things get sorted out. Once again, thank you for all your assistance so far (you dramacrats know who you are) and expect the first volley of legal lulz soon.

**Link** | **Leave a comment** | **Add to Memories** | **Tell a Friend**

## *(no subject)*

**Apr. 17th, 2008 | 11:06 pm**



**Coming down off peanut butter cup ice cream sugar rush. Holy nuts.**
by rfjason{at}groovr.com @ rfjason's Home

**Link** | **Leave a comment [4]** | **Add to Memories** | **Tell a Friend**

# ATTENTION DRAMACRATS

**Apr. 17th, 2008 | 09:57 am**
**music: LL Cool J - Mama Said Knock You Out**



## RFJASON VERSUS CRAIGSLIST'S ZAARRA:

It's finally happened. I'm finally being sued for The Craigslist Experiment of September 2006. Specifically, the contents of my post here.

This is the opportunity we've been waiting for: to finally smack down a ridiculous case and generate a whole new series of lulz. But I can't do this alone. I need your help.

### Donate to the RFJason Legal Fund. Click Here.

A Legal Team has already been assembled, but costs are rising dramatically, especially with the unique circumstances of this case. If you liked the lulz before, and you want to see all new lulz in action, now is your chance.

Another great way to help is to post this donation link in your own blog or website:

    <a href="https://www.paypal.com/cgi-bin/webscr?cmd=_donations&business=rfjason%40gmail%
    2ecom&item_name=RFJason%20Legal%
    20Fund&no_shipping=0&no_note=1&tax=0¤cy_code=USD&lc=US&bn=PP%
    2dDonationsBF&charset=UTF%2d8">Donate to the RFJason Legal Fund. Click Here.</a>

Your fealty is greatly appreciated in this matter. Future updates will be posted to RFJason.com.
Tags: legal drama lulz

**Link | Leave a comment [53] | Add to Memories | Tell a Friend**


## (no subject)

**Apr. 16th, 2008 | 08:04 pm**

LOL, someone is trying to send me a picture message, and my phone keeps blipping along, receiving the data for a minute or two, then the transmission dies.

I will never know who is trying to send me love :(

Oh, and they're trying again! FINGERS CROSSED.

**Link** | **Leave a comment [7]** | **Add to Memories** | **Tell a Friend**

# Let's make a connection!

**Apr. 16th, 2008 | 09:33 am**
**music: Hole - Awful**

**Poll #1172092**
Open to: **All**, results viewable to: **All**

Connect rfjason's

    <u>View Answers</u>

penis
████████████ 8 (16.3%)

ass
████████████ 8 (16.3%)

mouth
███████████ 7 (14.3%)

righteous anger
██████████████████████████ 26 (53.1%)

to your

    <u>View Answers</u>

penis
██████████████████ 11 (22.4%)

ass
████████████████████████ 16 (32.7%)

mouth
███████ 2 (4.1%)

vagina
█████████████████ 10 (20.4%)

breasts
█████████████████ 10 (20.4%)

**Link** | **Leave a comment [8]** | **Add to Memories** | **Tell a Friend**

Case 1:08-cv-01050    Docty dream 4-5    Filed 05/07/2008    Page 6 of 16

## *(no subject)*

**Apr. 15th, 2008 | 05:22 pm**



**Blargh i'm ded**
by rfjason{at}groovr.com @ rfjason's Home

**Link** | **Leave a comment [7]** | **Add to Memories** | **Tell a Friend**

# Old Spaghetti Factory: The Aftermath

**Apr. 14th, 2008 | 09:47 pm**



LOL the video ends right when 𝛺 **frogger414** calls me.

**Link** | **Leave a comment [25]** | **Add to Memories** | **Tell a Friend**

# *(no subject)*

**Apr. 14th, 2008 | 09:12 pm**

Seriously, I think Eddie Vedder just channels happy epileptics.

Watch as 𝛺 **frogger414** and I demonstrate:



Everybody remember to wish 👤 **frogger414** a happy 22nd birthday! YAYAYAYAYAYAYAYAYAY she is our little LOLita!

**Link** | **Leave a comment [14]** | **Add to Memories** | **Tell a Friend**

# *(no subject)*

**Apr. 14th, 2008 | 03:39 pm**

Dear Photoshop CS2,

Fuck your bullshit "out of memory" messages even though I have a gig of ram and have optimized the shit out of my sytem so I can watch 40 porn videos simultaneously. Fuck you not letting me save because you don't think you have enough memory to run the save command even though all that's required is a fucking OPEN filename$ FOR OUTPUT AS #1 command. Fuck you for telling me you could not close the current PSD document because you still don't think you have enough memory. Fuck you for making me shut you down. Fuck you for making me lose all my work because even thought I saved regularly, you leave PSD files open and in-process, thereby making them completely unusable if you don't close them properly.

Seriously. You're worse than my Mother.

The only thing keeping me from going back to Photoshop 6, the last great Photoshop, is the patch and healing tool. Does anyone know if equivalent functionality can be plugged in to PS6?



@($(*^!@()!&*()!@$(&@^$(*#)!&%*(@^@*($&!)&*#!^!!!!!!!!!!!!!!!!!!!!!

**Link | Leave a comment [29] | Add to Memories | Tell a Friend**

# *(no subject)*

**Apr. 14th, 2008 | 03:00 pm**
**music: Snake River Conspiracy - Oh Well**

Remember the Magic Mirror from Snow White? Imagine for a moment if you had access to that mirror and you could ask it how fair (read: attractive) you are.

**Poll #1171126**
Open to: **All**, results viewable to: **All**

  Would you ask the mirror?

    View Answers

      Yes, gladly.
      **10** (27.0%)

      Yes, but I would be scared of the answer.
      **10** (27.0%)

      No, even though I would be tempted.
      **0** (0.0%)

      No, it doesn't interest me.
      **11** (29.7%)

      Oh hellz no!
      **6** (16.2%)

Reply with other things you would ask it about yourself, if you didn't have to ask it about beauty?

**Link | Leave a comment [16] | Add to Memories | Tell a Friend**

# *(no subject)*

**Apr. 14th, 2008 | 02:39 pm**

# THUNDER!!!

It is currently thundering directly over my place. It might be an omen, if you know what I mean. Anyway, I don't like storms. Ever since I saw Poltergeist as a child, it's been my weakness. Marshall naturally does not like scary noises.

Poll #1171116
Open to: **All**, results viewable to: **All**

Who will end up freaked out more?

View Answers

RFJason

**23** (67.6%)

Marshallthecat

**11** (32.4%)

**Link** | **Leave a comment [5]** | **Add to Memories** | **Tell a Friend**

## (no subject)

**Apr. 14th, 2008 | 11:30 am**



# People will accept you for who you are, as long as you do the things that are acceptable to them.

-RFJason, 1976-2008

Tags: quotes

**Link** | **Leave a comment [3]** | **Add to Memories** | **Tell a Friend**

## (no subject)

**Apr. 13th, 2008 | 03:49 pm**

Following up from the previous poll:

Post a link to this poll in your LJ, and get your friends to vote! http://www.livejournal.com/poll/?id=1170623

Poll #1170623
Open to: **All**, results viewable to: **All**

Who is The Devil in your laptop?

View Answers



hepkitten
**32** (13.3%)

japanese poop girls
**6** (2.5%)

rfjason
**12** (5.0%)

rick astley
**13** (5.4%)

girlvinyl
**5** (2.1%)

toast that always lands butter side down
**10** (4.1%)

jameth
**150** (62.2%)

ron paul
**5** (2.1%)

frogger414
**1** (0.4%)

puppies that won't die when you light them on fire
**7** (2.9%)

**Link | Leave a comment [38] | Add to Memories | Tell a Friend**

# *(no subject)*

**Apr. 13th, 2008 | 01:02 pm**

# FREE TIBET

For the first 500 callers! ACT NOW!

**Link** | **Leave a comment [18]** | **Add to Memories** | **Tell a Friend**

## *(no subject)*

**Apr. 13th, 2008 | 11:23 am**
**music: Aphex Twin - Come To Daddy**

This is an actual brochure I picked up at the POST OFFICE today. It's 64 pages of pure batshit crazy.

**Poll #1170482**
Open to: **All**, results viewable to: **All**

Case 1:08-cv-01050    Document 14.5



The Noösphere vs. The Blogosphere

View Answers

Yes, the devil is in my laptop.
**6** (16.7%)

And I like it that way!
**9** (25.0%)

Crazy talk is crazy.
**3** (8.3%)

I was told there would be delicious cake in my laptop.
**18** (50.0%)

Witness this passage:

> I'm a catalyst for change.... You can't be an outsider and be successful over 30 years without leaving a certain amount of scar tissue around the place.
>
> *-Rupert Murdoch*

Do you want this perverse freak controlling Your-Space? Why would you spend your time playing with yourself in the view of this freak? How can any moral individual intending to do the good, be stuck on MySpace masturbating with others? Are you so sexually impotent that you no longer masturbate in private, but get others to join with you?

Pure genius. I want to send **weev** a copy.

**Link | Leave a comment [14] | Add to Memories | Tell a Friend**

# *(no subject)*

**Apr. 12th, 2008 | 09:25 am**

Today is a Power of Love kind of day.



**Link | Leave a comment [4] | Add to Memories | Tell a Friend**

# *(no subject)*

**Apr. 11th, 2008 | 12:29 pm**

Things that rhyme with candy:

**Link | Leave a comment [15] | Add to Memories | Tell a Friend**

http://rfjason.livejournal.com/                                                4/18/2008

## *(no subject)*

**Apr. 10th, 2008 | 05:54 pm**

**Poll #1169255**
Open to: **All**, results viewable to: **All**

I want to sex you

  **View Answers**

up up



**4** (10.8%)

down down

**2** (5.4%)

left right left right

**9** (24.3%)

B A

**6** (16.2%)

start

**16** (43.2%)

**Link | Leave a comment [8] | Add to Memories | Tell a Friend**

## *(no subject)*

**Apr. 10th, 2008 | 11:12 am**



BATTLE IN SEATTLE (TRAILER)

That's right. They made a movie about the WTO riots. With Charlize Theron and Ray Liotta and Andre Benjamin and Woody Fucking Harrelson as a riot cop. And oh what a riot he is.

Watch and see how many lulz you can find. Warning for Ω **jameth** who was gassed and baton'd in the riots: this may be a trigger. Pls capture your response on webcam while watching and post.

**Link | Leave a comment [24] | Add to Memories | Tell a Friend**

**viewing:** most recent entries

Getting away with everything you can only dream of

http://rfjason.livejournal.com/