## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | No. 08 C 1050 |
| Plaintiff, | ) | |
| | ) | JUDGE JOAN B. GOTTSCHALL |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| JASON FORTUNY, | ) | ARLANDER KEYS |
| | ) | |
| Defendant. | ) | DEMAND FOR JURY TRIAL |

### NOTICE OF PLAINTIFF'S MOTION
### FOR LEAVE TO OBTAIN SERVICE OF PROCESS
### THROUGH ALTERNATIVE MEANS

**To:**     **See attached service list**

**Please take notice** on the 29th day of May 2008 at 9:30am or as soon thereafter as counsel may be heard, attorney for Plaintiff John Doe shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead, in room 2325 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Plaintiff's Motion for Leave to Obtain Service of Process through Alternative Means**, a copy of which is herewith served upon you.

### CERTIFICATE OF SERVICE

I, Sophie Marie Dye, do hereby certify that service of this **NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO OBTAIN SERVICE OF PROCESS THROUGH ALTERNATIVE MEANS** was accomplished pursuant to Electronic Filing as to ECF Users and shall be served upon other parties having filed appearances in the attached service list via postage pre-paid U.S. mail on the 7th day of May 2008.

Dated this 7th day of May, 2008.

s/Sophie Marie Dye
Sophie Marie Dye

Sophie Marie Dye
Mudd Law Offices
3114 West Irving Park Road
Suite 1W
Chicago, Illinois 60618
773.588.5410 (telephone)
773.588.5440 (facsimile)
ARDC: 6292754

SERVICE LIST

No other parties have filed appearances.