## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1050 | **DATE** | 5/21/2008 |
| **CASE TITLE** | John Doe vs. Jason Fortuny | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached order, plaintiff's motion for leave to obtain service of process by alternative means [14] is granted. Plaintiff may attempt to serve defendant in the manner stated in the order. No appearance is necessary on May 29, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|