UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |  | |
|---|---|---|---|
| JOHN DOE, | ) | | |
| | ) | No. 08 C 1050 | |
| Plaintiff, | ) | | |
| | ) | JUDGE JOAN B. GOTTSCHALL | |
| v. | ) | | |
| | ) | MAGISTRATE JUDGE | |
| JASON FORTUNY, | ) | ARLANDER KEYS | |
| | ) | | |
| Defendant. | ) | | |

**DECLARATION OF SOPHIE DYE**

1. I am an attorney licensed to practice in the State of Illinois.

2. On May 28, 2008, I sent a copy of the complaint in the above-captioned litigation ("Complaint"), a summons, and this Court's May 22, 2008 Order to Defendant Jason Fortuny ("Defendant Fortuny") via email at rfjason.com@domainsbyproxy.com, rfjason@livejournal.com, and rfjason@hotmail.com.

3. On May 28, 2008, I also sent a copies of the Complaint, a summons, and this Court's May 22, 2008 Order to ABC Legal Services in Seattle, Washington with instructions to leave the documents with a resident at Defendant Fortuny's usual mailing address, 320 10th Street, #1, Kirkland, Washington, 98033-6356.

4. On May 28, 2008, I received a message that my email to rfjason@livejournal.com failed. I did not receive any such failure messages for the other two email addresses.

5. On May 28, 2008, I also sent copies of the Complaint, a summons, and this Court's May 22, 2008 Order to Defendant Fortuny via United States Certified Mail. I learned that notice of the letter was left at 320 10th Street, #1, Kirkland, Washington on May 31, 2008 but that Defendant Fortuny failed to pick the letter up from the post office.

  6. On June 18, 2008, I learned that ABC Legal Services served the documents sent to it upon an individual who identified himself as a co-resident of Defendant Fortuny at 320 10th Street, #1, Kirkland, Washington on June 14, 2008. *See* Summons and Affidavit of Service, attached hereto as Exhibit A.

  7. On June 19, 2008, I sent the documents to 320 10th Street, #1, Kirkland, Washington, 98033-6356 via first class mail, postage pre-paid. Through the United States Post Office's delivery confirmation service, I learned that delivery of these documents occurred on June 21, 2008. *See* Delivery Confirmation, attached hereto as Exhibit B.

  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 23, 2008  
   Chicago, Illinois

                 _____  
                 Sophie Dye