# Exhibit A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

John Doe,

    Plaintiff,

           V.

Jason Fortuny,

    Defendant.

CASE NUMBER: 08 C 1050

ASSIGNED JUDGE: Gottschall

DESIGNATED MAGISTRATE JUDGE: Keys

TO: (Name and address of Defendant)

Jason Fortuny
320 10th Street, #1
Kirkland, Washington 98033-6356

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sophie Dye
Mudd Law Offices
3114 West Irving Park Road, Suite 1W
Chicago, Illinois 60618

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

*J. Awantes* (signature)

(By) DEPUTY CLERK

MAY 2 3 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/14/08 |
| NAME OF SERVER (PRINT) K. Van Dyke | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Charles Aggenbach

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/18/08
           Date

Signature of Server

633 Yesler Wy, Seattle, WA 98104
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br>Plaintiff / Petitioner | Cause #: 08 C 1050<br><br>Affidavit of Service of:<br>SUMMONS IN A CIVIL CASE AND COMPLAINT; ORDER; COVER LETTER |
| VS.<br>JASON FORTUNY,<br>Defendant / Respondent | Hearing Date: |

**Declaration:**
The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of **Jun 14 2008  1:00PM**

at the address of **320 10TH ST  #1 KIRKLAND**

within the County of **KING**     State of **WASHINGTON**

the declarant duly served the above described documents upon

**JASON FORTUNY**

by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with

**CHARLES AGGENBACH, CO-RESIDENT  32 W/M 6'2" 250# BROWN HAIR, GLASSES**

a person of suitable age and discretion residing at the defendant's/respondent's usual place of abode listed above.
No information was provided that indicates that the subjects served are members of the U.S. military.

K. VanDyke   0307390

Subscribed and sworn to before me this Jun 18 2008

a Notary Public in the State of Washington, residing at Seattle

[Notary seal: BARBARA K. DE CARO, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 06-23-09]

The documents listed above were served in accordance with RCW 4.28.080 and/or client instructions. If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC Legal Services, Inc. immediately in writing if further attempts to serve, serve by mail, or investigate are required. If service was substituted on another person, pursuant to RCW 4.28.080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

**Service Notes:**

| | | | | | |
|---|---|---|---|---|---|
| Documents: | 22.00 | Secretarial: | 0.00 | Other: | -0.87 |
| Travel: | 46.87 | Postage: | 0.00 | Total: | 75.00 |
| Invalid Address ( 0 ) | 0.00 | Photo: | 0.00 | Pre-Paid Retainer: | 75.00 |
| Proof Preparation: | 7.00 | Rush / Special: | 0.00 | **AMOUNT DUE** | **0.00** |
| Summons Copy: | 0.00 | Wait / Stake Out Time: | 0.00 | | |

Client Ref.:
MUDD LAW OFFICES
3114 WEST IRVING PARK ROAD SUITE 1W
CHICAGO, IL 60618
(773) 588-5410

**CLIENT COPY**
**PROOF OF SERVICE**

Page 1 of 1

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
Tracking #: **5314847**

RESINOT

### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br>Plaintiff / Petitioner | Cause #:  08 C 1050 |
| VS.<br>JASON FORTUNY,<br>Defendant / Respondent | Affidavit of Service of:<br>SUMMONS IN A CIVIL CASE AND COMPLAINT; ORDER; COVER LETTER |
| | Hearing Date: |

Declaration:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jun 14 2008 1:00PM at the address of 320 10TH ST # 1 KIRKLAND, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon JASON FORTUNY Servee4 by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with CHARLES AGGENBACH, CO-RESIDENT 32 W/M 6'2" 250# BROWN HAIR, GLASSES, a person of suitable age and discretion residing at the defendant's/respondent's usual place of abode listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

_____
K. VanDyke       0307390

Subscribed and sworn to before me this Jun 18 2008

_____
a Notary Public in the State of Washington,
residing at _____

[Notary Seal: BARBARA K. DE CARO, NOTARY PUBLIC, STATE OF WASHINGTON, 06-23-09]

Service Fee Total: $ 75.00

ABC Legal Services, Inc.
206 521-9000
Tracking #: 5314847

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

MUDD LAW OFFICES
3114 WEST IRVING PARK ROAD
SUITE 1W
CHICAGO, IL 60618
(773) 588-5410