**Exhibit B**

Case 1:08-cv-01050   Document 19-3   Filed 06/23/2008   Page 1 of 2



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **0308 0730 0001 2686 6262**
Detailed Results:

- **Delivered, June 21, 2008, 2:02 pm, KIRKLAND, WA 98033**
- **Processed, June 20, 2008, 9:24 pm, SEATTLE, WA 98168**
- **Acceptance, June 19, 2008, 5:57 pm, CHICAGO, IL 60657**

**Track & Confirm**

Enter Label/Receipt Number.

< Back    Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA