UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cv-1050 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan Gottschall |
| JASON FORTUNY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   No other Parties have filed an appearance, by counsel or as *pro se*, at this time.

**Please take notice** that I have this 23rd day of June 2008 filed with the Clerk of the above Court **the Declaration of Sophie Dye**, comprised of the Declaration of Sophie Dye, Summons and Affidavit of Service, and Delivery Confirmation.

Dated this 23rd day of June 2008

s/Charles Lee Mudd, Jr.
Charles Lee Mudd, Jr.

Charles Lee Mudd Jr.
MUDD LAW OFFICES
3114 West Irving Park Road
Suite 1W
Chicago, Illinois 60618
(773) 588-5410
(773) 588-5440 (facsimile)
cmudd@muddlawoffices.com
ARDC: 6257957

**CERTIFICATE OF SERVICE**

I, Charles Lee Mudd, Jr., do hereby certify that service of this NOTICE OF FILING and its accompanying DECLARATION OF SOPHIE DYE was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon other parties listed below by sending said documents via postage pre-paid U.S. mail on the 23rd day of June 2008.

No other Parties have filed an appearance, through counsel or as *pro se*, at this time.

s/Charles Lee Mudd, Jr.
Charles Lee Mudd, Jr.

Charles Lee Mudd Jr.
MUDD LAW OFFICES
3114 West Irving Park Road
Suite 1W
Chicago, Illinois 60618
(773) 588-5410
(773) 588-5440 (facsimile)
cmudd@muddlawoffices.com
ARDC: 6257957