**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

John Doe
                Plaintiff,

v.                                             Case No.: 1:08−cv−01050
                                             Honorable Joan B. Gottschall

Jason Fortuny
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Plaintiff's motion for a second extension of time to file response to MOTION by Defendant Jason Fortuny to dismiss Plaintiff's complaint [21] [25] is granted. ( Responses due by 9/8/2008, Replies due by 9/29/2008.) Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.