sUNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | No. 08 C 1050 |
| Plaintiff, | ) | |
| | ) | JUDGE JOAN B. GOTTSCHALL |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| JASON FORTUNY, | ) | ARLANDER KEYS |
| | ) | |
| Defendant. | ) | DEMAND FOR JURY TRIAL |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW COMES the Plaintiff, JOHN DOE, by and through his attorneys, Mudd Law

Offices, for his Motion for Leave to File Amended Complaint and states as follows:

1.     Plaintiff moves this Court for leave to amend his Complaint and file his first

Amended Complaint where the proposed Amended Complaint elaborates on allegations

involving the Defendant and personal jurisdiction; elaborates on the private nature of the facts

disclosed; clarifies certain issues relating to the allegations; expands the bases for intrusion upon

seclusion; and includes other relevant changes.

2.     In particular, the Defendant states in his letter (which has been appropriately

construed as a Motion to Dismiss) that he did not re-post or post his Craigslist Experiment to

Encyclopedia Dramatica.  Although the Defendant did not submit this statement in the form of

an affidavit, the Plaintiff takes the Defendant's statement at face value and so amends the

relevant allegations.

3.     The Plaintiff also adds additional allegations related to personal jurisdiction,

public disclosure of private facts, and intrusion upon seclusion.  These allegations expand upon

the grounds giving rise to specific personal jurisdiction; the private nature of the facts disclosed

by Defendant; and, the specific intrusions that occurred into Plaintiff's seclusion.  The foregoing modifications represent all of the significant changes found in the Amended Complaint.

4.      The new allegations and claims presented in the Plaintiff's proposed Amended Complaint merely expand upon those in his original Complaint.

5.      No significant hardship or prejudice will be inflicted upon the Defendant if Plaintiff's Motion is granted.  The Defendant filed a letter that appropriately has been construed as a Motion to Dismiss.  Discovery has not yet begun.  No trial date has been set.  Any resulting hardship or prejudice is greatly outweighed by the interests of justice and judicial economy.  Indeed, judicial economy dictates that Plaintiff be permitted to amend these claims at this time.  For, assuming the Defendant files a subsequent motion to dismiss or renews the motion already filed, the amendments shall allow the Court to fully address the bases for exercising personal jurisdiction over the Defendant and for allowing the Plaintiff's claims to proceed.

6.      The Plaintiff's proposed first Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully moves this Court to allow him to amend his Complaint and file his first Amended Complaint.


Dated: Chicago, Illinois                    PLAINTIFF,
      September 8, 2008                   JOHN DOE

                                        s/Charles Lee Mudd Jr.
                                        By: One of His Attorneys
                                            Charles Lee Mudd, Jr.
                                            Mudd Law Offices
                                            3114 West Irving Park Road, Suite 1W
                                            Chicago, Illinois  60618
                                            (773) 588-5410
                                            Illinois ARDC: 6257957
                                            cmudd@muddlawoffices.com

## <u>CERTIFICATE OF SERVICE</u>

I, Charles Lee Mudd Jr., do hereby certify that service of this Notice of Motion and the accompanying PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 8th day of September 2008.

<u>s/Charles Lee Mudd, Jr.</u>
Charles Lee Mudd, Jr.
Mudd Law Offices
3114 West Irving Park Road
Chicago, Illinois 60618
(773) 588-5410
Fax (773) 588-5440
ARDC: 6257957

**SERVICE LIST**

Jason Fortuny
320 10th Street
Apartment 1
Kirkland, Washington 98033