UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | No. 08 C 1050 |
| Plaintiff, | ) | |
| | ) | JUDGE JOAN B. GOTTSCHALL |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| JASON FORTUNY, | ) | ARLANDER KEYS |
| | ) | |
| Defendant. | ) | DEMAND FOR JURY TRIAL |

### NOTICE OF MOTION

To:  See Attached Service List

**Please take notice** on the 18th day of September 2008 at 9:30am, or as soon thereafter as counsel may be heard, attorneys for Plaintiff shall appear before Judge Gottschall, or any judge sitting in her stead, in Room 2325 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, a copy of which is herewith served upon you.

Dated this _8th_ day of September 2008

s/Charles Lee Mudd Jr.
Charles Lee Mudd, Jr.

### CERTIFICATE OF SERVICE

I, Charles Lee Mudd Jr., do hereby certify that service of this Notice of Motion and the accompanying **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 8th day of September 2008.

s/Charles Lee Mudd Jr.
Charles Lee Mudd, Jr.

Charles Lee Mudd, Jr.
MUDD LAW OFFICES
3114 W. Irving Park Road, Suite 1W
Chicago, Illinois 60618
(773) 588-5410
(773) 588-5440 (fax)
cmudd@muddlawoffices.com
ARDC: 6257957

SERVICE LIST

Jason Fortuny
320 10th Street
Apartment 1
Kirkland, Washington 98033